1  ERIC GRANT
   United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   BRITTANY M. GUNTER
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
   Attorneys for Plaintiff
6  United States of America

7           IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           CASE NO. 1:25-CR-000203-JLT-SKO
                                                 1:25-CR-000204-JLT-SKO
10         Plaintiff,
                                       STIPULATION AND ORDER TO RESET
11     v.                              ARRAIGNMENT AND PLEA ON INDICTMENT

12 ROBERT SALAZAR

13         Defendants.

14

15     IT IS HEREBY STIPULATED by and between the parties that the arraignment on indictment set for

16 October 29, 2025, be reset to November 17, 2025.

17                          **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20     1.    Defendant has been released pre-trial on the above cases. Indictments were returned on

21 both cases on October 23, 2025.

22     2.    Defendant has retained out of state counsel who are not available until November 17,

23 2025. He desires the attendance of his counsel at his arraignment.

24     3.    By this stipulation, defendant now moves to continue the arraignment on his indictments

25 until **November 17, 2025, at 2:00 p.m.** and to exclude time between October 29, 2025, and November

26 17, 2025.

27     4.    The parties agree and stipulate, and request that the Court find the following:

28         a)    Defendant has recently retained private counsel, who desires time to consult with

                                1

their client and the government about the case.

      b)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)     The government does not object to the continuance.

      d)     Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which a trial must commence, the time period of October 29, 2025 to November 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

Dated: October 24, 2025                               Respectfully submitted,

                                                                         ERIC GRANT
                                                                         United States Attorney

                                      By    /s/ Robert L. Veneman-Hughes
                                                  ROBERT L. VENEMAN-HUGHES
                                                  Assistant United States Attorney

Dated: October 24, 2025              /s/ Serguel Akiti
                                     SERGUEL AKITI
                                     Attorney for Defendant Robert SALAZAR

**ORDER**

IT IS HEREBY ORDERED that the arraignment scheduled for October 29, 2025 at 2:00 p.m. is continued to November 17, 2025 at 2:00 p.m.  IT IS FURTHER ORDERED that the time between October 29, 2025 and November 17, 2025 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment and trial.

IT IS SO ORDERED.

Dated:   **October 27, 2025**            /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE